## CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Amerigroup Corporation to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Amerigroup Corporation.

2. During the past three (3) years, there were occasions when I worked more than forty (40) hours in a week for Amerigroup Corporation, and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: 05/07/14

_____
Signature

JEAN NELSON ESTIME
Print Name