Seyfarth Shaw LLP<br>
1075 Peachtree Street, N.E.<br>
Suite 2500<br>
Atlanta, GA  30309-3962<br>
(404) 885-1500<br>
fax (404) 892-7056<br>
www.seyfarth.com

(404) 881-5449

hhavette@seyfarth.com

July 28, 2014

**VIA ECF AND U.S. MAIL**

U.S. District Judge Raymond J. Dearie
U.S. Magistrate Judge Viktor V. Pohorelsky
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re:   Bijoux and Rodriguez, on behalf of themselves and all others similarly situated, v. Amerigroup New York, LLC, 1:14-cv-03891-RJD-VVP (E.D.N.Y)*

Dear Judge Dearie:

Our firm represents Defendant Amerigroup New York, LLC ("Amerigroup") in the above-referenced action.  On behalf of Defendant, and pursuant to Your Honor's Individual Motion Practices and Rules, we submit this letter to respectfully request an extension of time to answer or otherwise respond to Plaintiffs' Complaint.  Plaintiffs served Defendant with the Complaint on July 9, 2014.  We calculate our deadline to answer or otherwise respond to the Complaint as being August 4, 2014 (including the 3 day mail extension).  We request to extend this deadline by thirty (30) days, up to and including, September 3, 2014.

This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint.  It is made in good faith, and not for the purpose of causing undue delay.  It is sought to provide Defendant with additional time to investigate and respond to the Complaint.  No status conferences or hearings will be affected by this request.

We have conferred with Plaintiffs' counsel, Troy Kessler, who consents to this request.  We thank the Court for its attention to this matter.

17663497v.1

U.S. District Judge Raymond J. Dearie<br>
July 28, 2014<br>
Page 2

        Very truly yours,

        SEYFARTH SHAW LLP

        /s/ Heather Havette
        Heather Havette
        *Attorney for Defendant*
        *(Pro Hac Admission To Be Filed)*

HH